UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cr-00120-SNLJ-ACL |
| | ) | |
| MICHAEL EDWARD COX, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendant Michael Edward Cox's motion to suppress statements [Doc. 51]. After an evidentiary hearing and briefing, Magistrate Judge Abbie Crites-Leoni[1] issued a Report and Recommendation recommending the motion be denied [Doc. 70]. This Court's review of the Report and Recommendation is governed by 28 U.S.C. § 636 and Federal Rule of Criminal Procedure 59. The Court conducts a de novo review of any timely and specific objections to the magistrate judge's recommendations on dispositive matters. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). A motion to suppress evidence is considered a dispositive matter. 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673 (1980). In conducting a de novo review, the court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Fed R. Crim P. 59(b)(3) ("The district judge may accept, reject, or modify the recommendation,

---

[1] Pursuant to 28 U.S.C. § 636(b) and Local Rule 2.08, all pretrial matters were referred to United States Magistrate Judge Abbie Crites-Leoni.

receive further evidence, or resubmit the matter to the magistrate judge with instructions.").

Because Cox filed objections to the Report and Recommendation [Doc. 75], the Court has conducted a de novo review of the record. The factual background is clearly and precisely set forth in the Report and Recommendation and is incorporated herein by reference. After a thorough review of the record, this Court will overrule Cox's objections. Further, the Court adopts, sustains, and incorporates herein the well-reasoned Report and Recommendation in its entirety and will deny Cox's motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Objections to the Report and Recommendation [Doc. 75] are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 70] filed on May 28, 2026, is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements [Doc. 51] is **DENIED**.

**SO ORDERED** this 29th day of June, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2